**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6458**

———————————

GERALD B. THOMAS,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF THE COMMONWEALTH OF VIR-
GINIA; GEORGE DEEDS, Warden, Red Onion State
Prison,

Respondents - Appellees,

and

JOHN DOE,

Respondent.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-98-1650-A)

———————————

Submitted: June 17, 1999         Decided: June 25, 1999

———————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John Patrick McGeehan, George Andrew Hawkins, MCGEEHAN & ASSOCIATES, Fairfax, Virginia, for Appellant. Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Thomas seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Thomas' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Thomas v. Attorney General of Virginia, No. CA-98-1650-A (Mar. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2